EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 5 2005

at 3 o'clock and 11 min. PM
WALTER A.Y.H. CHINN, CLERK

LODGED

MAR 1 5 2005

CLERK, U.S. DIST...
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00106-01 SOM |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| HANNAH K. SHELDON, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the

Indictment against HANNAH K. SHELDON on the ground that the Motion to Suppress Evidence was granted on December 16, 2004 by the Honorable Susan Oki Mollway and the government has decided not to appeal the decision.

The Defendant is not in custody on this matter.

DATED: March 15, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Loretta Sheehan
LORETTA SHEEHAN
Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.


SUSAN OKI MOLLWAY
—————————————————
SUSAN OKI MOLLWAY
U.S. District Court Judge


UNITED STATES V. HANNAH K. SHELDON
Cr. No. 04-00106-01 SOM
"Order for Dismissal"