**FILED**
MAR 28 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-10032 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CR-04-00106-SOM |
| v. | District of Hawaii, Honolulu |
| HANNAH K. SHELDON, | ORDER |
| Defendant - Appellee. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 30 2005
at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

The government's motion for voluntary dismissal of its appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAR 28 2005
by: _____
Deputy Clerk

S:\MOATT\Clrkords\03.05\nw\05-10032v.wpd